IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

WELLS FARGO BANK, N.A.,

                Plaintiff,

   v.

STULZ AIR TECHNOLOGY SYSTEMS, INC.,
SIEMENS INDUSTRY, INC. BUILDING
TECHNOLOGIES DIVISION, PIERPONT
MECHANICAL CORP. and ADCO ELECTRICAL
CORPORATION,

                Defendants.

-------------------------------------------------------------------------- x

    :   **CIVIL ACTION**
    :   **NO. 16-CV-09268**

    :   **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                           )    s.s.:
COUNTY OF WESTCHESTER  )

     **SHANNON BENDER,** being duly sworn deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Westchester County, New York.

     That on the **18th day** of **January, 2017** deponent served the within **SIEMENS ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL** by depositing true copies thereof enclosed in a postpaid wrapper, in the official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP
        Attorney for Plaintiffs
        39 Broadway, Suite 950
        New York, New York 10006
        212-968-8300

        STULZ AIR TECHNOLOGY SYSTEMS, INC.
        1572 Tilco Drive
        Frederick, Maryland 21704

1

PIERPONT MECHANICAL CORP.
58-33 57th Drive
Maspeth, New York 11378

ADCO ELECTRICAL CORPORATION
201 Edward Curry Ave., 3rd Floor
Staten Island, New York 10314

**SHANNON BENDER**

Sworn to before me this
19 day of January, 2017

Notary Public

BRUCE AINBINDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AI6314590
Qualified in Westchester County
My Commission Expires November 10, 2018